# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00237-CR

**Armando Espinoza, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 17-1843-K277, THE HONORABLE STACEY MATHEWS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Armando Espinoza, Jr., seeks to appeal his murder conviction. *See* Tex. Penal Code § 19.02. The trial court has certified that this is a plea-bargain case for which Espinoza has no right to appeal and that Espinoza waived his right to appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed: May 20, 2022

Do Not Publish